UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AARON CHUNG,<br><br>Plaintiffs,<br><br>v.<br><br>OPTION CARE ENTERPRISES, INC., et al.,<br><br>Defendants. | C20-323 TSZ<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The *ex parte* motion, docket no. 7, brought by the United States and unopposed by the relator, is GRANTED, and the period for the United States to consider whether to elect to intervene is extended for three (3) months until May 3, 2021, at which time the United States shall notify the Court whether it intends to intervene in this *qui tam* lawsuit. *See* 31 U.S.C. § 3730(b)(3). This matter shall remain sealed pending further order of the Court.

Dated this 2nd day of February, 2021.

                                                                   _____
                                                                   THOMAS S. ZILLY
                                                                   United States District Judge

ORDER - 1
FILED UNDER SEAL