The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AARON CHUNG,<br><br>Plaintiffs,<br><br>v.<br><br>OPTION CARE ENTERPRISES, INC., et. al.,<br><br>Defendants. | CASE NO. 20-cv-0323-TSZ<br><br>**ORDER** |

The United States having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

1. The Complaint, this Order, the United States' Notice of Declination, and all other papers on file in this action shall be unsealed;

2. Relator shall serve a copy of the Complaint, this Order, and United States' Notice of Declination on Defendants;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

ORDER - 1
(20-cv-0323-TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

United States may seek dismissal of Relator's action or claims, order any deposition transcripts, and are entitled to intervene in this action, for good cause, at any time;

  4.  The parties shall serve all notices of appeal upon the United States;

  5.  All orders of this Court shall be sent to the United States; and

  6.  Should Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

  DATED this 9th day of April, 2021.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:   206-553-4067
Email: kayla.stahman@usdoj.gov

ORDER - 2
(20-cv-0323-TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970