UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AARON CHUNG,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>OPTION CARE ENTERPRISES, INC., et al.,<br><br>　　　　　　　　Defendants. | C20-323 TSZ<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　(1)　The Court has received notice, docket no. 15, of settlement from Relator. Relator shall file a motion to dismiss and/or approve settlement in this matter on or before December 30, 2021, noted on the motion calendar no later than the fourth Friday thereafter.  *See* LCR 7(d).  Relator is directed to serve a copy of the motion on the Government.  Any response shall be due in accordance with LCR 7(d)(3).

　　(2)　The deadlines entered July 13, 2021 for the Federal Rule of Civil Procedure 26(f) Conference, Initial Disclosures, and Joint Status Report are STRICKEN.

　　(3)　If no motion to dismiss and/or approve settlement is timely filed, the parties are directed to file a Joint Status Report by January 20, 2022.

　　(4)　The Clerk is directed to send a copy of this Minute Order to all counsel of record and counsel for the United States.  The Clerk is further directed to send a copy of Relator's notice, docket no. 15, of settlement to counsel for the United States.

MINUTE ORDER - 1

Dated this 26th day of October, 2021.

        Ravi Subramanian
        Clerk

        s/Gail Glass
        Deputy Clerk

MINUTE ORDER - 2