1

2

3

4

5

The Honorable Thomas S. Zilly

6

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

UNITED STATES OF AMERICA, *ex rel.*
AARON CHUNG,

C20-323 TSZ

**ORDER**

11

                          Plaintiffs,

12

             v.

13

OPTION CARE ENTERPRISES, INC., et. al.,

14

                          Defendants.

15

16

     Relator Aaron Chung's motion to dismiss, docket no. 17, concerning which the United

17

States has consented, *see* Notice (docket no. 18), is GRANTED, and the Court ORDERS, pursuant

18

to 31 U.S.C. § 3730(b)(1), that all of the claims set forth in the Complaint, docket no. 1, shall be

19

DISMISSED against the Defendants with prejudice as to the Relator, and without prejudice as to

20

the United States.

21

//

22

//

23

//

ORDER - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2          DATED this 4th day of January, 2022.

3

4          _____
           Thomas S. Zilly

5          United States District Judge

6    Presented by:

7

8    *s/ Kayla C. Stahman*
     KAYLA C. STAHMAN, CA #228931
9    Assistant United States Attorneys
     United States Attorney's Office
10   700 Stewart Street, Suite 5220
     Seattle, Washington 98101-1271
11   Phone:  206-553-7970
     Fax:     206-553-4067
12   Email:  kayla.stahman@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2